**HERMAN JONES LLP**
SERINA M. VASH (NJ Bar. No. 041142009)
153 Central Avenue #131
Westfield, NJ 07090
Telephone: (404) 504-6516
Facsimile: (404) 504-6501
svash@hermanjones.com

Co-Liaison Counsel for Plaintiffs

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE BECTON, DICKINSON AND COMPANY STOCKHOLDER DERIVATIVE LITIGATION | Master File No. 2:20-cv-15474-SRC-CLW |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT,
ATTORNEYS' FEES AND EXPENSES, AND SERVICE AWARDS**

Please take notice that on August 11, 2025, at 10 a.m., before the Honorable Stanley R. Chesler of the U.S. District Court for the District of New Jersey at the Martin Luther King Building and U.S. Courthouse, 50 Walnut Street, Newark, N.J., 07101, Courtroom PO No. 2, plaintiffs Jeff Schranz and Ronald Jankowski (collectively, "Plaintiffs"), by counsel, will move this Court pursuant to Rule 23.1(c) of the Federal Rules of Civil Procedure for entry of the [Proposed] Final Judgment

1

and Order of Dismissal, and for such other and further relief as the Court deems appropriate (the "Motion").

The Motion is based on this notice of Motion, the accompanying Memorandum in Support of Motion for Final Approval of Settlement, Attorneys' Fees and Expenses, and Service Awards, the Declaration of Shane P. Sanders and all additional declarations and exhibits attached thereto, the Court's record on this matter, and other evidence and argument that may be presented prior to the Court's decision on the Motion.

Dated: July 21, 2025                                  Respectfully submitted,

**HERMAN JONES LLP**

*s/ Serina M. Vash*
SERINA M. VASH
(NJ Bar. No. 041142009)
153 Central Avenue #131
Westfield, NJ 07090
Telephone: (404) 504-6516
Facsimile: (404) 504-6501
svash@hermanjones.com

**DILWORTH PAXSON LLP**
LISA J. RODRIGUEZ
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
Tel: (856) 675-1926
ljrodriguez@dilworthlaw.com

*Co-Liaison Counsel for Plaintiffs*

**ROBBINS LLP**
BRIAN J. ROBBINS
CRAIG W. SMITH
SHANE P. SANDERS
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsllp.com
csmith@robbinsllp.com
ssanders@robbinsllp.com

**GLANCY PRONGAY & MURRAY LLP**
BENJAMIN I. SACHS-MICHAELS
MATTHEW M. HOUSTON
745 Fifth Avenue, Fifth Floor
New York, NY 10151
Telephone: (212) 935-7400
Facsimile: (212) 756-3630
Email:
bsachsmichaels@glancylaw.com
mhouston@glancylaw.com

-and-

ROBERT V. PRONGAY
PAVITHRA RAJESH
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
rprongay@glancylaw.com
prajesh@glancylaw.com

*Co-Lead Counsel for Plaintiffs*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of July, 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

*s/ Serina M. Vash*
Serina M. Vash
